UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHA PLAFKIN,

        Plaintiff,

Case No. 1:20-cv-907

Hon. Paul L. Maloney

v.

KAREN JONEKRIJG MIEDEMA,

        Defendant.

_____/

**ORDER DENYING *IN FORMA PAUPERIS* STATUS**

This matter is now before the Court on *pro se* plaintiff's two applications to proceed *in forma pauperis* (ECF Nos. 2 and 6). The filing fee for a civil action is $400.00. The Court should only grant leave to proceed *in forma pauperis* when it reasonably appears that paying the cost of this filing fee would impose an undue financial hardship. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). Based on plaintiff's filings, the Court's $400.00 filing fee would not impose such a hardship.

While plaintiff is self-employed, she lists no income from employment. See ECF No. 2 ("First Application") and ECF No. 6 ("Second Application"). Plaintiff claims other monthly income of $500.00 from the interest in her investment portfolio which contains about $225,000.00, consisting of a Vanguard Account ($53,257.82) and Marcus/Goldman CDS ($173,274.01). Second Application. Plaintiff also has a Huntington Savings Account ($23,123.07), which appears to be the amount identified as the amount held in "cash or in a checking or savings account." *Id*. Plaintiff's $21.67 at CIT Bank rounds out her liquid assets. *Id*. Plaintiff owns a condominium

worth $75,000.00 with no mortgage.  Second Application.  She owns a car worth $2,500.00 and a number of other assets which appear to heirlooms or personal items: father's piano ($3,000.00); father's boat ($2,000.00); mother's mink ($6,500.00); "Design Match Plates" ($7,000.00); grandmother's watch ($2,500.00); mother's wedding ring (unknown value); and, personal artwork (unknown value).  *Id*.  Plaintiff also lists a bike ($300.00).  First Application.

The First Application lists monthly expenses of $624.00 with an additional annual expense of $300.00 to store her boat.  The Second Application lists monthly expenses of $707.00 and omits the annual boat storage expense. Plaintiff subsidizes her expenses by using a "SNAP like food pantry." Second Application. Plaintiff's debts include a Social Security repayment of $8,800.00, an "illegal lien" in favor of Kenneth Doss of $3,200.00, and student loan debt of $204,000.00.  *Id*.  Plaintiff's applications do not include corresponding monthly payments for the three debts.

Based on this record, plaintiff has substantial cash on hand and other assets to pay the Court's $400.00 filing fee.  Plaintiff has failed to establish that paying the cost of the filing fee would impose an undue financial hardship. Accordingly, plaintiff's applications for leave to proceed *in forma pauperis* (ECF Nos. 2 and 6) are **DENIED**.  Plaintiff must submit the $400.00 filing fee within **28 days** of the date of this order, or this action will be dismissed.

**IT IS SO ORDERED.**

Date:  September 30, 2020             /s/  Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge