UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHA PLAFKIN ,

    Plaintiff,

v.

KAREN JONGEKRIJG MIEDEMA ,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:20-cv-907

## CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Marsha Plafkin  has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

    Motion for leave to proceed in forma pauperis – ECF No. 13

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Marsha Plafkin files a signature page (attached) within 21 days of the date of this order.

    IT IS SO ORDERED

Date:  February 5, 2021
NDJ

      /s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHA PLAFKIN,

    Plaintiff,

v.

KAREN JONGEKRIJG MIEDEMA,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:20-cv-907

**SIGNATURE PAGE FOR:**

Motion for leave to proceed in forma pauperis – ECF No. 13

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.