UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARSHA PLAFKIN, | ) | |
|        Plaintiff, | ) | |
| | ) | No. 1:20-cv-907 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| KAREN JONGEKRIJG MEIDEMA, | ) | |
|        Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court has dismissed this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 11, 2021                                           /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                     United States District Judge